UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 17-cr-0301(4) (WMW/DTS) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Hakeem Malik Dontae Flax a/k/a Keem, | |
| Defendant. | |

---

This matter is before the Court on the May 23, 2018 Report and Recommendation (R&R) and the June 12, 2018 R&R of United States Magistrate Judge David T. Schultz. (Dkts. 120, 125.) Because no objections have been filed, this Court reviews the R&Rs for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&Rs, the Court finds no clear error.

Based on the R&Rs and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 23, 2018 R&R, (Dkt. 120), and the June 12, 2018 R&R, (Dkt. 125), are **ADOPTED**.

2. Defendant Hakeem Malik Dontae Flax's Motion to Sever Defendant, (Dkt. 81), is **DENIED**.

3. Flax's Motion to Suppress Statements, (Dkt. 82), is **GRANTED IN PART** and **DENIED IN PART**, as outlined in the R&Rs.

4. Flax's Motion to Suppress Evidence Obtained Search and Seizure [sic], (Dkt. 83), is **DENIED**.

5. Flax's Motion to Suppress Cell Phone Evidence, (Dkt. 84), is **DENIED**.

Dated: July 26, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge